Certificate Number: 05781-NJ-DE-035144466

Bankruptcy Case Number: 20-22580



05781-NJ-DE-035144466

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 3, 2020,</u> at <u>11:36</u> o'clock <u>AM PST</u>, <u>Jeffrey Keller</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>December 3, 2020</u>        By:   <u>/s/Allison M Geving</u>

Name:   <u>Allison M Geving</u>

Title:   <u>President</u>