Certificate Number: 05781-NJ-DE-035144467

Bankruptcy Case Number: 20-22580



05781-NJ-DE-035144467

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on December 3, 2020, at 11:36 o'clock AM PST, Andreia Keller completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   December 3, 2020              By:    /s/Allison M Geving

                                       Name:  Allison M Geving

                                       Title: President