UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ABELSON & TRUESDALE, LLC
By: Steven J. Abelson, Esq.
80 West Main Street
PO Box 7005
Freehold, New Jersey 07728
(732) 462-4773
ID # SA 7987
Attorney for Debtor

Order Filed on December 8, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JEFFREY & ANDREIA KELLER

| | |
|---|---|
| Case No.: | 20-22580 |
| Chapter: | 13 |
| Judge: | RG |

## ORDER AUTHORIZING RETENTION OF

Keller Williams City View Realtors

The relief set forth on the following page is **ORDERED**.

**DATED: December 8, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain ___Keller Williams City View Realtors___ as _____Realtor_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is:   2200 Fletcher Avenue  # 502
   Ft. Lee, NJ  07024

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court

District of New Jersey

In re:  
Jeffrey Keller  
Andreia Romana Keller  
    Debtor(s)

Case No. 20-22580-RG  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 10, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2020:**

**Recip ID**    **Recipient Name and Address**  
db/jdb    + Jeffrey Keller, Andreia Romana Keller, 208 Anderson Street, Apt. # 6EN, Hackensack, NJ 07601-3592

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2020    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2020 at the address(es) listed below:

**Name**    **Email Address**

Denise E. Carlon  
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Douglas J. McDonough  
    on behalf of Creditor Bank of America  N.A. DMcDonough@flwlaw.com

Marie-Ann Greenberg  
    magecf@magtrustee.com

Steven J. Abelson  
    on behalf of Debtor Jeffrey Keller sjaesq@atrbklaw.com  atrbk1@gmail.com;r49787@notify.bestcase.com

Steven J. Abelson  
    on behalf of Joint Debtor Andreia Romana Keller sjaesq@atrbklaw.com  atrbk1@gmail.com;r49787@notify.bestcase.com

District/off: 0312-2 User: admin Page 2 of 2
Date Rcvd: Dec 10, 2020 Form ID: pdf903 Total Noticed: 1

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6