

Happy Holidays Steven,

I hope you are well.

The Keller's property at 208 Anderson Avenue, #6EN in Hackensack, NJ was listed at $244,500 which is fair market value. I have attached some comparable data for your review which will convey. The last two sales in the building both closed this December, one at $233.5K and the other at $245K. Please note, the offer received is actually above fair market value which is not surprising as during this pandemic season this has been quite common.

The Hackensack condo price range for 2 bedroom 1 baths on average is approximately $225k-$233k. (building without a doorman) I priced #6EN at $244.5K because another one in the building was priced at $249k and was on the market for 30 days. So, I figured because of the great condition and being fully renovated with an extra room/office and being priced slightly lower, we would drive traffic.

Note, not only did we drive traffic but the first day on the market we received a few offers at the asking price or over the asking price and many inquiries up until we got into contract.

Please let me know if you have any questions or need additional information.

Thanks… and have a great holiday season!
Chrystal – Keller Williams City Views
(917) 751-3206

# CMA Report
njmls.xmlsweb.com

## Summary of Comparables

### Under Contract

| ML# | P | N | DOM | Status | Town | Price | Style | Address | BR | FB | HB |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 20041612 | Y | N | 43 | UC | HACK | $225,000 | CONDO | 490 CRESTWOOD AVE 41 | 2 | 1 | 0 |
| 20044178 | Y | Y | 54 | UC | HACK | $235,000 | CONDO | 25 GRAND AVE 6F | 2 | 1 | 0 |
| 20041153 | Y | Y | 34 | UC | HACK | $244,500 | CONDO | 208 ANDERSON ST 6NE | 2 | 1 | 0 |

### Sold

| ML# | P | N | DOM | Status | Town | Price | Style | Address | BR | FB | HB |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 20034457 | Y | N | 8 | S | HACK | $225,000 | CONDO | 300 PARK ST 1A | 2 | 1 | 0 |
| 20024908 | Y | N | 46 | S | HACK | $230,000 | CONDO | 300 PARK ST 5F | 2 | 1 | 0 |
| 20034885 | Y | Y | 9 | S | HACK | $230,000 | CONDO | 970 MAIN ST H2 | 2 | 1 | 0 |
| 20035887 | Y | N | 52 | S | HACK | $233,500 | CONDO | 208 ANDERSON ST S4A | 2 | 1 | 0 |
| 20042856 | Y | N | 16 | S | HACK | $245,000 | CONDO | 208 ANDERSON ST N2F | 2 | 1 | 0 |

## Pricing Your Property

| | Listings | Average | Minimum | Maximum | Avg DOM |
|---|---|---|---|---|---|
| Under Contract | 3 | $234,833 | $225,000 | $244,500 | 44 |
| Sold | 5 | $232,700 | $225,000 | $245,000 | 26 |
| Total Listings | 8 | | | | |

Sold properties closed averaging (100.57%) of their final list price (FLP). This reflects a (0.57%) difference between property sale prices and their *FLP's.

Avg. Price Sold Comps: $232,700