STEVEN J. ABELSON
ABELSON LAW OFFICES
80 WEST MAIN STREET
PO BOX 7005
FREEHOLD, NJ  07728

Re: JEFFREY KELLER
    ANDREIA ROMANA KELLER
    208 ANDERSON STREET, APT. # 6EN
    HACKENSACK,  NJ  07601

Atty: STEVEN J. ABELSON
      ABELSON LAW OFFICES
      80 WEST MAIN STREET
      PO BOX 7005
      FREEHOLD, NJ  07728

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021
### Chapter 13 Case # 20-22580

### RECEIPTS AS OF 01/15/2021 (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/08/2020 | $200.00 | | 01/11/2021 | $200.00 | |

**Total Receipts: $400.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $400.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021 (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 30.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ACTORS FEDERAL CREDIT UNION | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0002 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 30,507.72 | 0.00% | 0.00 | 0.00 |
| 0003 | AMERICAN HONDA FINANCE CORPORAT | VEHICLE SECURE | 0.00 | 0.00% | 0.00 | 0.00 |
| 0004 | BANK OF AMERICA NA | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | BANK OF AMERICA | UNSECURED | 6,880.64 | 0.00% | 0.00 | 0.00 |
| 0006 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 15,861.13 | 0.00% | 0.00 | 0.00 |
| 0008 | SYNCHRONY BANK | UNSECURED | 205.07 | 0.00% | 0.00 | 0.00 |
| 0009 | JPMORGAN CHASE BANK NA | UNSECURED | 11,391.18 | 0.00% | 0.00 | 0.00 |
| 0010 | LVNV FUNDING LLC | UNSECURED | 159.47 | 0.00% | 0.00 | 0.00 |
| 0011 | CITIBANK NA | UNSECURED | 6,349.00 | 0.00% | 0.00 | 0.00 |
| 0013 | STATE OF NEW JERSEY | PRIORITY | 11.08 | 100.00% | 0.00 | 0.00 |
| 0014 | SHELLPOINT MORTGAGE* | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0016 | WELLS FARGO BANK NA | UNSECURED | 10,423.99 | 0.00% | 0.00 | 0.00 |
| 0019 | AMERICAN HONDA FINANCE* | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0020 | BANK OF AMERICA | UNSECURED | 4,553.91 | 0.00% | 0.00 | 0.00 |
| 0021 | BANK OF AMERICA | UNSECURED | 16,679.02 | 0.00% | 0.00 | 0.00 |
| 0022 | BANK OF AMERICA NA | UNSECURED | 552.53 | 0.00% | 0.00 | 0.00 |
| 0023 | STATE OF NEW JERSEY | UNSECURED | 975.66 | 0.00% | 0.00 | 0.00 |

**Total Paid: $30.00**
See Summary

## SUMMARY

| Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2021. |
|---|
| Receipts: $400.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $30.00    =    Funds on Hand: $370.00 |

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.