Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−22580−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jeffrey Keller
17 Lake Street
New Berlin, NY 13411

Andreia Romana Keller
17 Lake Street
New Berlin, NY 13411

Social Security No.:
xxx−xx−9294

xxx−xx−2139

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 11/11/2020 and a confirmation hearing on such Plan has been scheduled for 1/6/2021 @ 8:30 a.m..

The debtor filed a Modified Plan on 1/29/2021 and a confirmation hearing on the Modified Plan is scheduled for 3/3/2021 @ 8:30 a.m.. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: February 2, 2021
JAN: smz

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Jeffrey Keller  
Andreia Romana Keller  
    Debtors

Case No. 20-22580-RG  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 02, 2021 | Form ID: 186 | Total Noticed: 32 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Jeffrey Keller, Andreia Romana Keller, 17 Lake Street, New Berlin, NY 13411 |
| r | + | Keller Williams City View Realtors, 2200 Fletcher Avenue # 502, Ft. Lee,, NJ 07024-5016 |
| 519018710 | + | American Express, 200 Vesey Street, New York, NY 10285-0002 |
| 519038047 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519018713 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America*, P.O. Box 982234, El Paso, TX 79998 |
| 519018712 | + | Bank of America Home Loans, P.O. Box 31785, Tampa, FL 33631-3785 |
| 519023736 | | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 519060690 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519018714 | + | Barclay's Bank, 700 Prides Crossing, Newark, DE 19713-6109 |
| 519072377 | | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519018718 | + | Costco/Citibank, P.O. Box 790046, Saint Louis, MO 63179-0046 |
| 519037309 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519018720 | | NJ Attorney General Office, Division of Law, Richard J. Hughes Justice Complex, 25 Market St, P.O. Box 112, Trenton, NJ 08625-0112 |
| 519018721 | + | NJ Dept of Labor & Workforce, P. O. Box 951, Trenton, NJ 08625-0951 |
| 519076308 | | NewRez LLC DBA Shellpoint Mortgage Servicing, PO Box 10826, Greenville SC 29603-0826 |
| 519018722 | + | Shellpoint Mortgage, P.O. Box 1410, Troy, MI 48099-1410 |
| 519044979 | | State of New Jersey, Department of Labor, Division of Employer Accounts, Trenton, NJ 08625-0379 |
| 519018723 | + | WF EFS, PO Box 84712, Sioux Falls, SD 57118-4712 |
| 519036692 | | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 02 2021 21:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 02 2021 21:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Feb 02 2021 21:27:32 | Synchrony Bank, c/o PRA Recievables Management, LL, POB 41021, Norfolk, VA 23541-1021 |
| 519021750 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 02 2021 21:29:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 519018711 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 02 2021 21:29:00 | American Honda Finance*, P.O. Box 166469, Irving, TX 75016 |
| 519018709 | + | Email/Text: kvaladez@actorsfcu.com | Feb 02 2021 21:30:00 | Actors Federal Credit Union, 165 W. 46th Street, New York, NY 10036-2501 |
| 519018716 | + | Email/PDF: gecsedi@recoverycorp.com | | |

| Recip ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Feb 02 2021 21:28:05 | Care Credit/Synchrony*, Bankruptcy Dept, P.O. Box 965081, Orlando, FL 32896-0001 |
| 519072377 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 02 2021 21:39:46 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519018718 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 02 2021 21:39:56 | Costco/Citibank*, P.O. Box 790046, Saint Louis, MO 63179-0046 |
| 519018719 | | Email/PDF: gecsedi@recoverycorp.com | Feb 02 2021 21:28:05 | Home Depot*, 2455 Paces Ferry Rd NW, Atlanta, GA 30339 |
| 519018717 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 02 2021 21:27:34 | Chase Bank/Bankruptcy*, Attn. Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 519072727 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 02 2021 21:28:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519066702 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 02 2021 21:27:36 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 519067645 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 02 2021 21:28:05 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519019886 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 02 2021 21:27:32 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519018715 | | Bryan Keller |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 04, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor Bank of America N.A. DMcDonough@flwlaw.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 02, 2021 | Form ID: 186 | Total Noticed: 32 |

Marie-Ann Greenberg
    magecf@magtrustee.com

Steven J. Abelson
    on behalf of Debtor Jeffrey Keller sjaesq@atrbklaw.com  atrbk1@gmail.com;r49787@notify.bestcase.com

Steven J. Abelson
    on behalf of Joint Debtor Andreia Romana Keller sjaesq@atrbklaw.com  atrbk1@gmail.com;r49787@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6