Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  20−22580−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jeffrey Keller
17 Lake Street
New Berlin, NY 13411

Andreia Romana Keller
17 Lake Street
New Berlin, NY 13411

Social Security No.:
xxx−xx−9294

xxx−xx−2139

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 11, 2021.

Dated: March 15, 2021
JAN: slm

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-22580-RG |
| Jeffrey Keller | Chapter 13 |
| Andreia Romana Keller | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 15, 2021 | Form ID: plncf13 | Total Noticed: 32 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Jeffrey Keller, Andreia Romana Keller, 17 Lake Street, New Berlin, NY 13411 |
| r | + | Keller Williams City View Realtors, 2200 Fletcher Avenue # 502, Ft. Lee,, NJ 07024-5016 |
| 519018710 | + | American Express, 200 Vesey Street, New York, NY 10285-0002 |
| 519038047 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519018713 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America*, P.O. Box 982234, El Paso, TX 79998 |
| 519018712 | + | Bank of America Home Loans, P.O. Box 31785, Tampa, FL 33631-3785 |
| 519023736 | | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 519060690 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519018714 | + | Barclay's Bank, 700 Prides Crossing, Newark, DE 19713-6109 |
| 519037309 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519018720 | | NJ Attorney General Office, Division of Law, Richard J. Hughes Justice Complex, 25 Market St, P.O. Box 112, Trenton, NJ 08625-0112 |
| 519018721 | + | NJ Dept of Labor & Workforce, P. O. Box 951, Trenton, NJ 08625-0951 |
| 519076308 | | NewRez LLC DBA Shellpoint Mortgage Servicing, PO Box 10826, Greenville SC 29603-0826 |
| 519018722 | + | Shellpoint Mortgage, P.O. Box 1410, Troy, MI 48099-1410 |
| 519044979 | | State of New Jersey, Department of Labor, Division of Employer Accounts, Trenton, NJ 08625-0379 |
| 519018723 | + | WF EFS, PO Box 84712, Sioux Falls, SD 57118-4712 |
| 519036692 | | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 15 2021 21:12:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 15 2021 21:12:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Mar 16 2021 00:11:08 | Synchrony Bank, c/o PRA Recievables Management, LL, POB 41021, Norfolk, VA 23541-1021 |
| 519021750 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 15 2021 21:12:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 519018711 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 15 2021 21:12:00 | American Honda Finance*, P.O. Box 166469, Irving, TX 75016 |
| 519018709 | + | Email/Text: kvaladez@actorsfcu.com | Mar 15 2021 21:13:00 | Actors Federal Credit Union, 165 W. 46th Street, New York, NY 10036-2501 |
| 519018716 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 15 2021 23:47:40 | Care Credit/Synchrony*, Bankruptcy Dept, P.O. Box 965081, Orlando, FL 32896-0001 |
| 519072377 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 15, 2021 | Form ID: plncf13 | Total Noticed: 32 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 15 2021 23:48:50 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519018718 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 15 2021 23:49:24 | Costco/Citibank*, P.O. Box 790046, Saint Louis, MO 63179-0046 |
| 519018719 | | Email/PDF: gecsedi@recoverycorp.com | Mar 15 2021 23:58:20 | Home Depot*, 2455 Paces Ferry Rd NW, Atlanta, GA 30339 |
| 519018717 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 15 2021 23:48:02 | Chase Bank/Bankruptcy*, Attn. Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 519072727 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 15 2021 23:48:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519066702 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 15 2021 23:48:35 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 519067645 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 16 2021 00:11:08 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519019886 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 15 2021 23:47:38 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519018715 | | Bryan Keller |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor Bank of America N.A. DMcDonough@flwlaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 15, 2021 | Form ID: plncf13 | Total Noticed: 32 |

Steven J. Abelson
    on behalf of Debtor Jeffrey Keller sjaesq@atrbklaw.com  atrbk1@gmail.com;r49787@notify.bestcase.com

Steven J. Abelson
    on behalf of Joint Debtor Andreia Romana Keller sjaesq@atrbklaw.com  atrbk1@gmail.com;r49787@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6