| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Jeffrey Keller<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9294<br>EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Andreia Romana Keller<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2139<br>EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   20–22580–RG | | |

## Order of Discharge                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Jeffrey Keller                                     Andreia Romana Keller

    <u>2/6/24</u>                                                 **By the court:** <u>Rosemary Gambardella</u>
                                                                                                                            United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-22580-RG |
| Jeffrey Keller | Chapter 13 |
| Andreia Romana Keller | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 06, 2024 | Form ID: 3180W | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeffrey Keller, Andreia Romana Keller, 17 Lake Street, New Berlin, NY 13411-3003 |
| r | + | Keller Williams City View Realtors, 2200 Fletcher Avenue # 502, Ft. Lee,, NJ 07024-5016 |
| 519018709 | + | Actors Federal Credit Union, 165 W. 46th Street, New York, NY 10036-2501 |
| 519018721 | + | NJ Dept of Labor & Workforce, P. O. Box 951, Trenton, NJ 08625-0951 |
| 519018722 | + | Shellpoint Mortgage, P.O. Box 1410, Troy, MI 48099-1410 |
| 519044979 | | State of New Jersey, Department of Labor, Division of Employer Accounts, Trenton, NJ 08625-0379 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 06 2024 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 06 2024 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AIS.COM | Feb 07 2024 01:39:00 | Synchrony Bank by AIS InfoSource, LP, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 519021750 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 06 2024 20:46:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 519018711 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 06 2024 20:46:00 | American Honda Finance*, P.O. Box 166469, Irving, TX 75016 |
| 519038047 | | Email/PDF: bncnotices@becket-lee.com | Feb 06 2024 21:00:21 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519018710 | + | Email/PDF: bncnotices@becket-lee.com | Feb 06 2024 21:10:51 | American Express*, 200 Vesey Street, New York, NY 10285-0002 |
| 519018713 | | EDI: BANKAMER | Feb 07 2024 01:33:00 | Bank of America*, P.O. Box 982234, El Paso, TX 79998 |
| 519018712 | + | EDI: BANKAMER | Feb 07 2024 01:33:00 | Bank of America Home Loans*, P.O. Box 31785, Tampa, FL 33631-3785 |
| 519060690 | + | EDI: BANKAMER2 | Feb 07 2024 01:39:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519023736 | | EDI: BANKAMER | Feb 07 2024 01:33:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 519018714 | + | EDI: TSYS2 | Feb 07 2024 01:39:00 | Barclay's Bank*, 700 Prides Crossing, Newark, DE 19713-6109 |
| 519018716 | + | EDI: SYNC | Feb 07 2024 01:33:00 | Care Credit/Synchrony*, Bankruptcy Dept, P.O. |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 06, 2024 | Form ID: 3180W | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Box 965081, Orlando, FL 32896-0001 |
| 519072377 | | EDI: CITICORP | Feb 07 2024 01:39:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519018718 | + | EDI: CITICORP | Feb 07 2024 01:39:00 | Costco/Citibank*, P.O. Box 790046, Saint Louis, MO 63179-0046 |
| 519018719 | | EDI: SYNC | Feb 07 2024 01:33:00 | Home Depot*, 2455 Paces Ferry Rd NW, Atlanta, GA 30339 |
| 519018717 | | EDI: JPMORGANCHASE | Feb 07 2024 01:33:00 | Chase Bank/Bankruptcy*, Attn. Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 519037309 | + | Email/Text: RASEBN@raslg.com | Feb 06 2024 20:45:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519072727 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 06 2024 20:59:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519018720 | ^ | MEBN | Feb 06 2024 20:43:43 | NJ Attorney General Office*, Division of Law, Richard J. Hughes Justice Complex, 25 Market St, P.O. Box 112, Trenton, NJ 08625-0112 |
| 519076308 | | Email/Text: mtgbk@shellpointmtg.com | Feb 06 2024 20:45:00 | NewRez LLC DBA Shellpoint Mortgage Servicing, PO Box 10826, Greenville SC 29603-0826 |
| 519066702 | | EDI: PRA.COM | Feb 07 2024 01:39:00 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 519019886 | + | EDI: AIS.COM | Feb 07 2024 01:39:00 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519018723 | + | EDI: WFFC | Feb 07 2024 01:39:00 | WF EFS, PO Box 84712, Sioux Falls, SD 57118-4712 |
| 519036692 | | EDI: WFFC2 | Feb 07 2024 01:39:00 | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519018715 | | Bryan Keller |
| 519067645 | *+ | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 08, 2024    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor Bank of America N.A. dmcdonough@flwlaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Steven J. Abelson | on behalf of Debtor Jeffrey Keller sjaesq@atrbklaw.com atrbk1@gmail.com;r49787@notify.bestcase.com |
| Steven J. Abelson | on behalf of Joint Debtor Andreia Romana Keller sjaesq@atrbklaw.com atrbk1@gmail.com;r49787@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6